# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In Re:                                                ) Case Number: 10-91291
                                                    )
       Lourdes Avila              )
                                                    )
                                Debtor(s)  )

**FILED**
JAN 2 6 2016
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. § 347(a), 28 U.S.C. § 2042, and the application of Dilks & Knopik, LLC, seeking payment of funds previously unclaimed by Vantium Capital Inc. in the above-entitled case. It appears from the application and supporting documentation that ClearSpring Loan Services, Inc. f/k/a Vantium Capital Inc. is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay ~~$248.33~~ $258.82 from the Treasury Registry to:

        ClearSpring Loan Services, Inc. f/k/a Vantium Capital Inc.
        and Dilks & Knopik, LLC
        35308 SE Center St
        Snoqualmie, WA 98065-9216

DATED: 1/26/16

                                                     *Robert Bardwil*
                                                     UNITED STATES BANKRUPTCY JUDGE